UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PETER GAKUBA,

                Plaintiff,

-against-

LETITIA JAMES; MERRICK GARLAND; KWAME RAOUL,

                Defendants.

24-CV-6969 (LTS)

ORDER OF DISMISSAL

LAURA TAYLOR SWAIN, Chief United States District Judge:

    Plaintiff, who is appearing *pro se*, brings this action alleging that Defendants violated his rights. The Court dismisses the action for the following reasons.

    Plaintiff has previously submitted to this court a virtually identical complaint against the same defendants. That case is presently pending before the Court under docket number 24-CV-6661 (LTS). As this complaint raises the same claims and contains identical factual allegations, no useful purpose would be served by litigating this duplicative action. The Court therefore dismisses this action without prejudice to Plaintiff's pending case under docket number 24-CV-6661 (LTS).

## CONCLUSION

    The Court dismisses this action without prejudice as duplicative of *Gakuba v. James*, No. 24-CV-6661 (LTS) (S.D.N.Y.).

    The Clerk of Court is directed to terminate all pending matters.

    The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith and, therefore, *in forma pauperis* status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

The Court directs the Clerk of Court to enter judgment in this action.

SO ORDERED.

Dated:   September 24, 2024
            New York, New York

                                              /s/ Laura Taylor Swain
                                              LAURA TAYLOR SWAIN
                                             Chief United States District Judge