UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PETER GAKUBA,

                Plaintiff,

-against-        24cv6969 (LTS)

LETITIA JAMES; MERRICK GARLAND;        CIVIL JUDGMENT

KWAME RAOUL,

                Defendants.

    For the reasons stated in the September 24, 2024, order, this action is dismissed. The Court dismisses this action without prejudice as duplicative of Gakuba v. James, No. 24-CV-6661 (LTS) (S.D.N.Y.). The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from the order would not be taken in good faith and, therefore, in forma pauperis status is denied for the purpose of an appeal. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962). SO ORDERED.

Dated:   September 26, 2024
          New York, New York

                          /s/ Laura Taylor Swain
                          LAURA TAYLOR SWAIN
                          Chief United States District Judge